## LOIS L. SINERT *v.* OLYMPIA AND YORK DEVELOPMENT COMPANY ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 38 Conn. App. 844 (AC 13546), is denied.

BERDON, J., dissenting. I would grant the plaintiff's petition for certification to appeal.

*John B. Farley*, in support of the petition.

*Constance L. Epstein*, in opposition.

Decided November 6, 1995

## NORWICH SAVINGS SOCIETY *v.* JOSEPH M. CALDRELLO II

The defendant's petition for certification for appeal from the Appellate Court, 38 Conn. App. 859 (AC 13572), is denied.

*Max Brunswick*, in support of the petition.

*Elizabeth J. Stewart* and *Laura E. Evangelista*, in opposition.

Decided November 6, 1995

## STATE OF CONNECTICUT *v.* RONALD OWENS

The state of Connecticut's petition for certification for appeal from the Appellate Court, 39 Conn. App. 45 (AC 12777), is denied.

*Ronald G. Weller*, deputy assistant state's attorney, in support of the petition.

*Brigid Donohue*, special public defender, in opposition.

Decided November 6, 1995